Hon. H. Russel Holland

Medora A. Marisseau
Karr Tuttle Campbell
1201 Third Ave., Suite 2900
Seattle, WA 98101
206.224.8045
206.682.7100 (fax)
mmarisseau@karrtuttle.com
ABN 0412103

Attorney for Defendants
Aetna Life Insurance Co. and
Alaska Railroad Corp. Group Plan

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLEN REYNOLDS, | ) |
| Plaintiff, | ) Case No.: 3:12-CV-00078-HRH |
| v. | ) UNOPPOSED MOTION TO STAY |
| AETNA LIFE INSURANCE CO.; and, ALASKA RAILROAD CORP.; and, ALASKA RAILROAD CORP. GROUP PLAN, | ) |
| Defendants. | ) |

## UNOPPOSED MOTION TO STAY

Pursuant to the parties' agreement, counsel for Plaintiff and counsel for Defendants jointly request this matter be stayed to allow the benefit claims at issue in this case to be reviewed by the administrator under the medical plan at issue here. This motion is for good cause and not for the purpose of delay. By agreeing to this stay, no party waives any claims, defenses, or objections to the jurisdiction of this Court.

UNOPPOSED MOTION TO STAY - 1
#848229 v1 / 44767-003
Case 3:12-cv-00078-HRH

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*

1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Case 3:12-cv-00078-HRH   Document 7   Filed 05/25/12   Page 1 of 5

Dated this 25th day of May, 2012.

                      Respectfully submitted by:

                      s/ *Paul H. Bratton (Consent)*
                          Paul Bratton
                          **LAW OFFICE OF PAUL H. BRATTON**
                          P O Box 602
                          Talkeetna, AK 99676
                          Phone: (907) 733-2185
                          Fax: (907) 679-8158
                          Email: phbratton@gci.net

                          *Attorneys for Plaintiff Allen Reynolds*

Dated this 25th day of May, 2012.

                      Respectfully submitted by:

                      s/ *Medora A. Marisseau*
                          Medora A. Marisseau, WSBA #23114
                          **KARR TUTTLE CAMPBELL**
                          1201 Third Avenue, Suite 2900
                          Seattle, Washington 98101-3028
                          Phone: (206) 223-1313
                          Fax: (206) 682-7100
                          Email: mmarisseau@karrtuttle.com

                          *Attorneys for Defendants Aetna Life Insurance Co. and Alaska Railroad Corp. Group Plan*

UNOPPOSED MOTION TO STAY - 2
#848229 v1 / 44767-003
Case 3:12-cv-00078-HRH

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*
201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313; Facsimile (206) 682-7100

Case 3:12-cv-00078-HRH   Document 7   Filed 05/25/12   Page 2 of 5

Dated this 25th day of May, 2012.

                               Respectfully submitted by:

                               s/ *James E. Torgerson (Consent)*
                                   James E. Torgerson
                                   **STOEL RIVES LLP**
                                   510 L Street, Suite 500
                                   Anchorage, AK 99501
                                   Phone: (907) 277 1900
                                   Fax: (907) 277 1920
                                   Email: jetorgerson@stoel.com

                                   *Attorneys for Alaska Railroad Corporation*

UNOPPOSED MOTION TO STAY - 3
#848229 v1 / 44767-003
Case 3:12-cv-00078-HRH

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*

1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313; Facsimile (206) 682-7100

Case 3:12-cv-00078-HRH   Document 7   Filed 05/25/12   Page 3 of 5

# [PROPOSED] ORDER

It is hereby ORDERED and ADJUDGED, that pursuant to the parties' unopposed motion, this matter shall be stayed for a period of 180 days.

Dated: _____, 2012.

_____
Hon. H. Russel Holland

UNOPPOSED MOTION TO STAY - 4
#848229 v1 / 44767-003
Case 3:12-cv-00078-HRH

*Law Offices*
**KARR TUTTLE CAMPBELL**
*A Professional Service Corporation*

201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313; Facsimile (206) 682-7100

Case 3:12-cv-00078-HRH   Document 7   Filed 05/25/12   Page 4 of 5

# CERTIFICATE OF SERVICE

I, Medora A. Marisseau, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 1201 Third Ave., Suite 2900, Seattle, WA 98101. On this day, I caused to be filed with United States District Court for the District of Alaska a true and correct copy of the Unopposed Motion to Stay by using the Court's electronic filing system. I caused the same to be served on the parties listed below in the manner indicated:

| | |
|---|---|
| Paul H. Bratton<br>Law Office of Paul H. Bratton<br>P. O. Box 463<br>Talkeetna, AK 99676<br>phbratton@gci.net<br>*Attorneys for Plaintiff* | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☐ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |
| James E. Torgerson<br>Stoel Rives LLP<br>510 L Street, Suite 500<br>Anchorage, AK 99501<br>jetorgerson@stoel.com<br>*Attorneys for Defendant Alaska Railroad Corporation* | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☐ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, to the best of my knowledge. Executed on May 25, 2012, at Seattle, Washington.

s/ *Medora A. Marisseau*
Medora A. Marisseau

UNOPPOSED MOTION TO STAY - 5
#848229 v1 / 44767-003
Case 3:12-cv-00078-HRH

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100

Case 3:12-cv-00078-HRH   Document 7   Filed 05/25/12   Page 5 of 5