IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


ALLEN REYNOLDS, )
)
              Plaintiff, )
)
    vs. )
)
AETNA LIFE INSURANCE CO., et al., )
) No. 3:12-cv-0078-HRH
              Defendants. )
_____)


O R D E R

Motion for Stay

        Defendants move for a stay of these proceedings.[1]  The motion
is joined in by plaintiff.  The motion does not specify a term for
the proposed stay of proceedings.

        All proceedings in this case are stayed until further order of
the court.  Beginning 90 days following the entry of this order
(August 27, 2012), and at 30-day intervals thereafter, plaintiff
shall serve and file a report as to the status of administrative
proceedings.

        DATED at Anchorage, Alaska, this 29th day of May, 2012.


                                     s/ H. Russel Holland
                                     United States District Judge

_____

        [1]Docket No. 7.

- 1 -