Paul H. Bratton
Law Office of Paul H. Bratton
P.O. Box 463
Talkeetna, AK 99676
907.733.2185
772.679.8158 (fax)
phbratton@gci.net
ABN 0711081

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ALLEN REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 3:12-CV-00078 HRH |
| v. | ) | |
| | ) | |
| AETNA LIFE INSURANCE CO.; and, | ) | |
| ALASKA RAILROAD CORP.; and, | ) | |
| ALASKA RAILROAD CORP. GROUP | ) | |
| PLAN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff files his notice of dismissal under Federal Rules of Civil Procedure 41(a)(1)(i).

1. Plaintiff is Allen Reynolds; defendants are Aetna Life Insurance Co., Alaska Railroad Corp., and Alaska Railroad Corp. Group Plan.

2. On April 10, 2012, plaintiff sued defendants.

3. Each defendant has been served with process and none has filed an answer or a motion for summary judgment.

4. This case is not a class action.

5. A receiver has not been appointed in this action.

*Reynolds v. Aetna Life Insurance Co., et al., Notice of Dismissal*

1

6. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

7. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

8. This dismissal is with prejudice to refiling.

Dated this 1st day of May 2013.          Respectfully submitted by

                                         ___s/ Paul H. Bratton_____
                                         Paul H. Bratton
                                         Law Office of Paul H. Bratton
                                         P. O. Box 463
                                         Talkeetna, AK 99676
                                         Phone: 907.733.2185
                                         Fax: 772.679.8158
                                         Email: phbratton@gci.net
                                         ABN: 0711081

                                         Attorney for Plaintiff Allen Reynolds

CERTIFICATE OF SERVICE

I certify that on May 1, 2013 service was provided of the foregoing document to counsel for defendants through both the ECF system and via email:

Medora A. Marisseau
Karr Tuttle Campbell
1201 Third Ave., Suite 2900
Seattle, WA 98101
Phone: (206) 223-1313
Fax: (206) 682-7100

*Reynolds v. Aetna Life Insurance Co., et al., Notice of Dismissal*

Email: mmarisseau@karrtuttle.com

James E. Torgerson
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501
Phone: (907) 277 1900
Fax: (907) 277 1920
Email: jetorgerson@stoel.com

___ s/ Paul H. Bratton_____ __